UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the **April 12, 2003 Barrera/Kelly**, Program,

    Plaintiff,

-against-

KATHLEEN A. BORYS, Individually, and as officer, director, shareholder and/or principal of CALUMET TAVERN, INC. d/b/a CALUMET TAVERN, and CALUMET TAVERN, INC. d/b/a CALUMET TAVERN;

    Defendants.

---

Civil Action No.

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and said corporation's securities are not publicly traded.

Dated: November 8, 2004
    Ellenville, New York

GARDEN CITY BOXING CLUB, INC.,

By: _____
WAYNE D. LONSTEIN, ESQ.
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
*Our File No. 03-4MA-02G*