ORIGINAL

# United States District Court

DISTRICT OF __MASSACHUSETTS__
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the April 12, 2003
Barrera/Kelly, Program,
                Plaintiff
                  v.

KATHLEEN A. BORYS, Individually, and as officer,
director, shareholder and/or principal of CALUMET
TAVERN, INC. d/b/a CALUMET TAVERN, and
CALUMET TAVERN, INC. d/b/a CALUMET TAVERN;
                Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 - 12413 RGS**

TO: (Name and address of defendant)

**KATHLEEN A. BORYS, Individually, and as officer, director, shareholder and/or principal of CALUMET TAVERN, INC. d/b/a CALUMET TAVERN**
76 Boxford Street
North Andover, MA  01845        Our File No. 03-4MA-02G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE: NOV 12 2004

RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | December 8, 2004 |
| NAME OF SERVER (PRINT) Robert J. DeBenedetto | TITLE Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kathleen Borys
76 Boxford St. North Andover MA 01845

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6 attempts at service | | $175.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 8, 2004
Date

Signature of Server

P.O. Box 1743, Lawn MA 01842
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.