ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  MASSACHUSETTS
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the April 12, 2003
Barrera/Kelly, Program,
             Plaintiff
V.

KATHLEEN A. BORYS, Individually, and as officer,
director, shareholder and/or principal of CALUMET
TAVERN, INC. d/b/a CALUMET TAVERN, and
CALUMET TAVERN, INC. d/b/a CALUMET TAVERN;
             Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 - 12413 RGS

TO: (Name and address of defendant)

**CALUMET TAVERN, INC. d/b/a CALUMET TAVERN**
53 South Broadway
Lawrence, MA   01843

Our File No. 03-4MA-02G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York   12428

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

NOV 1 2 2004
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | December 8, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert A. DeBenedetto A. | Constable |

Check one box below to indicate appropriate method of service

[☑] Served personally upon the defendant. Place where served: Kathleen Borys
74 Boxford St. North Andover, Ma. 01845

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6 attempts at service | | $175.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 8, 2004
        Date

Signature of Server

P.O. Box 1743, Law. Ma. 01842
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.