UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **April 12, 2003 Barrera/Kelly**, Program,

        Plaintiff,

-against-

KATHLEEN A. BORYS, Individually, and as officer, director, shareholder and/or principal of CALUMET TAVERN, INC. d/b/a CALUMET TAVERN, and CALUMET TAVERN, INC. d/b/a CALUMET TAVERN;

        Defendants.

---

NOTICE OF DISMISSAL

Civil Action No. 04-12413-RGS-RBC

        **GARDEN CITY BOXING CLUB, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: March 14, 2005
      Ellenville, New York

                **GARDEN CITY BOXING CLUB, INC.**

                By: /s/   Wayne D. Lonstein
                    WAYNE D. LONSTEIN, ESQ..
                    Attorney for Plaintiff
                    LONSTEIN LAW OFFICE, P.C.
                    Office and P.O. Address
                    1 Terrace Hill : P.O. Box 351
                    Ellenville, NY  12428
                    Telephone:  (845) 647-8500
                    Facsimile:  (845) 647-6277
                    *Our File No.  03-4MA-02G*

**SO ORDERED** this ____ day of _____, 2005

_____
**HON. RICHARD G. STEARNS**
**UNITED STATES DISTRICT JUDGE**

CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Albert Cullen, Esq.
30 Massachusetts Avenue
North Andover, MA 01845
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 15th day of March, 2005.

/s/ Wayne D. Lonstein
WAYNE D. LONSTEIN